UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 06-22595-CIV-GRAHAM/WHITE  95-144 CR DLG

JEFF RUEL,

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Respondent.
_____/

### ORDER

**THIS CAUSE** came before the Court on the Report of the Magistrate Judge on Petitioner's Petition for Writ of Error Coram Nobis [D.E. 3].

**THIS MATTER** was initiated by *pro se* Petitioner filing a petition for a writ of error coram nobis seeking to vacate his conviction in the matter of United States v. Jeff Ruel, Case No. 95-CR-144-1 [D.E. 1]. The matter was assigned to the Honorable United States Magistrate Judge Patrick A. White pursuant to the Clerk's Order [D.E. 2].

Magistrate Judge White issued a Report recommending that the Petition be dismissed as 28 U.S.C. §2255 may not be used to collaterally attack a prior sentence which is used to enhance a federal sentence where challenging the underlying sentence is no longer available. The Petitioner failed to file Objections to the Magistrate's Report.

**THE COURT** has conducted an independent review of the file and is otherwise fully advised in the premises. Accordingly, it is

**ORDERED AND ADJUDGED** that United States Magistrate Judge White's Report [D.E. 3] is hereby **RATIFIED, AFFIRMED and APPROVED** in its entirety. It is further

**ORDERED AND ADJUDGED** that Petitioner's Petition for a Writ of Error Coram Nobis is **DISMISSED [D.E. 1]**. It is further

**ORDERED AND ADJUDGED** that this case is **CLOSED** and any pending motions are denied as moot.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 16th day of February, 2007.

_____
DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

cc: U.S. Magistrate Judge White
    Jeff Ruel, Pro Se
    All Counsel of Record